IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02007-DDD-MEH

SAMUEL CARLISLE,

           Plaintiff,

   v.

CENTENNIAL RESOURCE DEVELOPMENT, INC.,
STEVEN J. SHAPIRO,
MAIRE A. BALDWIN,
JEFFREY H. TEPPER,
MATTHEW G. HYDE,
VIDISHA PRASAD,
PIERRE F. LAPEYRE, JR.,
DAVID M. LEUSCHEN,
SEAN R. SMITH, and
ROBERT M. TICHIO,

           Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Samuel Carlisle ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

//

2

Dated: October 4, 2022                Respectfully submitted,

                                                 */s/ Richard A. Acocelli*

Richard A. Acocelli
**ACOCELLI LAW, PLLC**
33 Flying Point Road, Suite 131
Southampton, NY 11968
Tel: (631) 204-6187
Email: racocelli@acocellilaw.com

*Attorneys for Plaintiff*